1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America    SEALED



7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. 1-11-MJ-225-BAM
                                     )
12              Plaintiff,           )  APPLICATION AND ORDER SEALING
                                     )  COMPLAINT AND AFFIDAVIT
13       v.                          )
                                     )
14  Isidro Fredis HERNANDEZ, and     )
    Araceli P PEREZ,                 )
15                                   )
                Defendants.          )
16  _____)

17

18                   APPLICATION TO SEAL

19       The government requests that the complaint, affidavit in

20  support of the complaint, and arrest warrants in this case be sealed

21  until further order of this Court to prevent flight, to protect the

22  integrity of the underlying investigation, and to prevent the

23  possible destruction of evidence.

24  Dated: October 26, 2011          Respectfully submitted,

25                                   BENJAMIN B. WAGNER
                                     United States Attorney
26
                                     By /s/ Ian L. Garriques
27                                   IAN L. GARRIQUES
                                     Assistant U.S. Attorney
28

                              1

1
2
3                              SEALING ORDER
4        Good cause having been shown, IT IS HEREBY ORDERED that the
5   search warrant and affidavit in support of the search warrant be
6   sealed until further order of this Court.
7
8   DATED: October 26       , 2011
9
10                                   _____
11                                   HON.  BARBARA A.  McAULIFFE
                                     UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2