BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-MJ-00225 BAM |
| Plaintiff, | MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT |
| v. | |
| ISIDRO FREDIS HERNANDEZ and ARACELI P PEREZ, | |
| Defendants. | |

The United States of America hereby applies to this Court for an order unsealing the complaint and affidavit in support of the complaint previously sealed herein by the Court on October 26, 2011. Due to an intervening arrest, the complaint and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the complaint and affidavit be unsealed and made public record.

DATED: October 27, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                         By:   /s/ Ian L. Garriques
                               IAN L. GARRIQUES
                               Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ISIDRO FREDIS HERNANDEZ and<br>ARACELI P PEREZ,<br><br>　　　　　　Defendants. | CASE NO.  1:11-MJ-00225 BAM<br><br>ORDER TO UNSEAL COMPLAINT AND<br>AFFIDAVIT |

　　The complaint and affidavit in support of the complaint, having been sealed by order of this Court on October 26, 2011, and it appearing that the complaint and affidavit no longer need to remain sealed based on the government's motion,

　　IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be unsealed and made public record.

DATED: 10/28/11

　　　　　　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE