DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISIDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISIDRO HERNANDEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:11-CR-00374 LJO-1 <br><br> STIPULATION TO CONTINUE <br> SENTENCING HEARING; <br> ORDER THEREON <br><br> Date:  June 25, 2012 <br> Time:  8:30 a.m. <br> Dept :  The Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for June 11, 2012, **may be continued to June 25, 2012, at 8:30 a.m.**

The parties request this short continuance because a change was made today to the Presentence Report and it necessitates further defense investigation. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: June 6, 2012          By:    /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: June 6, 2012          By:    /s/ Jeremy S. Kroger
                                                JEREMY S. KROGER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                ISIDRO FREDIS HERNANDEZ

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Good cause exists.

IT IS SO ORDERED.

**Dated:   June 6, 2012**                         /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE