BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00374-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ISIDRO FREDIS HERNANDEZ, | |
| Defendant. | |

WHEREAS, on May 2, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6) and 28 U.S.C. § 2461, based upon the plea agreement entered into between plaintiff and defendant Isidro Fredis Hernandez forfeiting to the United States the following property:

    a.   HP Pavilion Laptop Computer;

    b.   HP Mini Laptop 210;

    c.   HP Photo Smart Printer;

    d.   HP Photosmart Plus Printer;

    e.   Cannon Image Class Photo Printer;

    f.   Compaq Presario Desktop Computer;

    g.   Compaq Presario Mid-tower;

|     |     |                                               |
| --- | --- | --------------------------------------------- |
| h.  |     | Attache 1GB Thumbdrive;                       |
| i.  |     | Ativa Thumbdrive;                             |
| j.  |     | SanDisk 4 GB Memory Card;                     |
| k.  |     | SanDisk 2GB thumbdrive;                       |
| l.  |     | SanDisk 32MB Memory Card;                     |
| m.  |     | SanDisk 256 MB Memory Card;                   |
| n.  |     | SanDisk 2GB Mini SD Memory Card;              |
| o.  |     | SanDisk 2GB Cruzer Thumbdrive.                |
| p.  |     | SanDisk 128MB SD Memory Card;                 |
| q.  |     | SanDisk 2GB Micro SD Memory Card              |
| r.  |     | Samsung Computer Monitor                      |
| s.  |     | 1 Multiple Drive DVD Duplicator;              |
| t.  |     | Sony VIAO Laptop Computer;                    |
| u.  |     | Sony 4GB SD HC Memory Card;                   |
| v.  |     | Micro SD 2GB Memory Card;                     |
| w.  |     | Black and Silver Thumbdrive;                  |
| x.  |     | 1 GB Data Traveler Thumbdrive;                |
| y.  |     | GBS Creative Laminator;                       |
| z.  |     | Fargo Pro LX ID Card Printer/Laminator;       |
| aa. |     | 2 Bags Containing Card Making Supplies;       |
| bb. |     | 2 Paper Cutters; and                          |
| cc. |     | Approximately $8,572.00 in United States Currency. |

   AND WHEREAS, beginning on May 10, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6) and 28 U.S.C. § 2461, to be disposed of according to law, including all right, title, and interest of Isidro Fredis Hernandez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   August 2, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE